# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136616

SHELBY TOWN CENTER I, L.L.C.,
      Plaintiff-Appellant,

v

                                  SC: 136616
                                  COA: 273689

GORMAN'S LAKESIDE, L.L.C. and
GORMAN'S FURNITURE, L.L.C.,
      Defendants-Appellees.
                                  Macomb CC: 2004-001323-CZ

_____/

      On order of the Court, the application for leave to appeal the March 6, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

d0915

                                  Clerk